IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HOPEWELL CULTURE & DESIGN LLC,**<br><br>PLAINTIFF,<br><br>V.<br><br>**VIZIO, INC.,**<br><br>DEFENDANT. | CASE NO. 2:12-CV-695<br><br>JURY TRIAL DEMANDED |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Hopewell Culture & Design LLC and Defendant Vizio, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT" and dated March 19, 2013, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 26, 2013

Respectfully submitted,

By: */s/ Austin Hansley*
**AUSTIN HANSLEY P.L.L.C.**
Austin Hansley
Texas Bar No.: 24073081
5050 Quorum Dr. Suite 700
Dallas, Texas 75254
Telephone:    (469) 587-9776
Facsimile:    (855) 347-6329
Email: Austin@TheTexasLawOffice.com
www.TheTexasLawOffice.com
**ATTORNEY FOR PLAINTIFF**
**HOPEWELL CULTURE & DESIGN, LLC**

| | |
|---|---|
| Dated: April 26, 2013 | /s/ William A. Delgado<br>WILLIAM A. DELGADO<br>CA State Bar No. 222666<br>Willenken Wilson Loh & Delgado, LLP<br>707 Wilshire Blvd., Suite 3850<br>Los Angeles, CA  90017<br>Tel:  (213) 955-9240<br>Fax: (213) 955-9250<br>E-mail: williamdelgado@willenken.com<br>Attorneys for Defendant<br>VIZIO, INC. |